# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**In re:**

RONALD J. ROYS, INC.
200 South Fairfax Street, #12
Alexandria, VA 22314

**Case Number** 16−10361−BFK
**Chapter** 7

**SSN:** NA          **EIN:** 52−2137099

**Statement Adjourning Meeting of Creditors 341 meeting to be held on 3/30/2016 at 11:00 AM at Office of the U.S. Trustee, 115 South Union Street, Suite 206, Alexandria, Virginia.**

Statement Adjourning Meeting of Creditors 341 meeting to be held on 3/30/2016 at 11:00 AM at Office of the U.S. Trustee, 115 South Union Street, Suite 206, Alexandria, Virginia.

Dated: February 23, 2016

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

(VAN−055)

United States Bankruptcy Court
Eastern District of Virginia

In re:  
RONALD J. ROYS, INC.  
    Debtor

Case No. 16-10361-BFK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: glennj     Page 1 of 1     Date Rcvd: Feb 23, 2016  
                Form ID: VAN055     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2016.

```
db            +RONALD J. ROYS, INC.,    200 South Fairfax Street, #12,    Alexandria, VA 22314-3331
13224719     #+Commercial Loan Solutions, LLC,    230 Cross Keys Office Park,    Fairport, NY 14450-3510
13224720      +Dwayne L. Garrett, Esq,,    2568A Riva Road, #301,    Annapolis, MD 21401-7449
13224721      +R&R Development Inc.,    200 S. Fairfax St., #12,    Alexandria, VA 22314-3331
13224722      +Ronald J. Roys,    200 S. Fairfax St, #12,    Alexandria, VA 22314-3331
13224723      +Stephanie H. Hurley, Esq.,    Hofmeisterm Breza & Leavers,    11350 McCormack Rd. #1300,
                Hunt Valley, MD 21031-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
desig*        +Ronald J. Roys,    200 South Fairfax Street, #12,    Alexandria, VA 22314-3331  
                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2016 at the address(es) listed below:

       Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov  
       Klinette H. Kindred    kkindred@tbrclaw.com,  
       asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com;smccarthy@tbrclaw.com  
       Madeline A. Trainor    on behalf of Debtor    RONALD J. ROYS, INC. mtrainor@rpb-law.com,  
       pdarrough@rpb-law.com

                                                            TOTAL: 3